Tyrrall Farrow Cannon
CDCR # T-91710 (ISP)
Post office Box 2199
Blythe, California 92226

FILED
MAY - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-00819
Assigned To : Unassigned
Assign. Date : 5/4/2007
Description: Pro Se Gen. Civil

United States District Court of Appeals
District of Columbia Circuit

| Tyrrall Farrow Cannon | Case # |
|---|---|
| Plaintiff | Complaint for damages |
| V. | and for Declaratory, |
| Judicial Council of California | injunction Relief |
| Administration of the Court | under the Alien tort |
| Ronald M. George, | claims Act, Fair labor |
| Marcia M. Taylor, et al. | Standard Act. |
| Governor of California | 28 USCA §§ 2201, 2202 |
| Arnold Schwarzenegger | 28 USCA §§ 1350, |
| Treasury of California | 29 USCA §§ 201 et seq |
| William Lockyer, | Enforcement Act. 42 |
| California Department of | USCA §§ 1985.(3). |
| Correction Rehab, James | Subversive activities Act |
| E. Tilton, Director, | 50 USCA §§ 841 et seq |
| Legislative Council State of | Homeland Security Act |
| California, Diane F. Boyer-Vine | 6 USCA §§ 101 et seq. |
| Jeffrey A. Deland, M.J. Kersten et al. | |
| California Correctional Peace officer | |
| Association, Don Novey, Successors et al | |

RECEIVED
MAR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1.

California State Government
claims Board, Kirsten Dean
member(s) Michael Ramos et al.

### Introduction

Plaintiff is an United States citizen, Born in the State of California with tribal Blood "Pima" Indian, and Black African American, Prisoner incarcerated in California Prison operated by the Department of Correction Rehabilitation of the state of California

The State of California has established a prison Shared Profit antebellum scheme to defraud the United States and Taxpayers which operates enterprises for profit within the states prison by abuse of the penal code system, holding citizen on Parole after completion of sentence and in breaches of contracts and thereafter in the scheme of thing arbitrary detention, or false imprisonment, in condition of cruelty, inhuman, degrading treatment not being properly brought before Jury with similar laws with various intents to produce Slavery in interstate Commerce and Genocide. (see opening Brief case # 06-0387, DCDC., and appeal court # 06-5213.)

Plaintiff conviction and or coercion into sentence of 25 year to life by the Political belief and idea's in the State of California, Court's and there-after order to pay fines and restitution

2.

to the California Government Claims Board, victim Claims board.

The Governor, Defendant(s) has issued an certain amount of Monies by the California Treasuary to fund the arbitrary application, legislation amendment Penal code 667 (b)-(i) Three stlaw "you are out" 03/07/1994. the Knowingly enforced by the same within the administration of law by the Courts and District Attorney and Public defender Association and set-up a Program and scheme that in court Pleads false manufactor Prior (Strikes) Contracts before the amendment State statute above, to met their Goal of recalling Slavery and or Genocide.

The Department of Correction has no right to employe Prisoner at the various prisons where they are incarcerated and hired or held, hold by the California Correctional Peace officers Association (CCPOA) in this ongoing scheme enterprises. The California Correctional Peace officer association (CCPOA) State of California Department of Correction rehabilitation, have established wages for prisoner which are paid from prisoner trust or Prison union funds revolving fund into which revenues from the "sales," of the Judicial council of California administration office of the Court, legislative Council State of California and Governor Defendants et al of citizen(s) as slave's as deposite

3.

of arbitrary detention by overt act arbitrary application of laws, fines, and or restitution to be payed into an agency set-up to pay-off state official corruption "victim compensation board of claims at now 50% present of al taxed incoming monies to prisoner from families and friends and or from employment by the above defendants institution that recalls slavery in the state of California, United States of America.

The California Three Strikes law act or Provision Penal Code of March 07, 1994 signed in to the Administration of the Court of law, Subjects prisoner(s) citizen(s) to punishment after the facts by and to include an unseen force or spirit, making null and void by shunning Plea Bargain or contracts an Protected Federal function that allow for citizen of Color, Poor, to make an Plea negotiation before the amendment Penal Code 667 (b)-(i), Prior act Prop 8, 1982, 667a.b. Penal Code, arbitrarily applied creates involuntary servitude.

The Fair Labor standards act of 1938, 29USC Section 201 et seq. (hereinafter "FLSA") requires
///
///
continue next page.

4.

all employers, other than those specifically excepted from the statute's application, to pay their employees the federally-mandated wage which, since Jan 01, 2007, has been $7.75 per hour. Prison employees are not excepted; therefore, Plaintiffs may all be entitled to federally-mandated wage since april 1, 1991, $4.25 per hour, and all those similarly situated, are entitled to damages representing the difference between the amounts they were paid, or held or hold in the condition to be employed and the applicable minimum wage.

In addition, Plaintiffs and the class they represent are entitled to liquidated damages in an amount equal to their unpaid minimum wages while held or hold in the condition of Slavery, by knowingly, indifferent to constituted legislation

## Jurisdiction

1. Jurisdiction over this action is conferred on this Court by section (2)(2) of the USCA SS 1331, title 28, and 28 USCA SS 1337, and Section 16(b) of the (FLSA), 29 U.S.C SS 216(b), and the enforcement Act 42 USCA SS 1985(3), which confers jurisdiction on this Court over any civil action or proceeding arising under an act of Congress regulating commerce.

### Parties

2. Tyrrall Farrow-Cannon, prisoner, incarcerated in California State Prison Ironwood Facility, at Blythe, California, and being employed or held to be employed in enterprises operated by defendants "antebellum Scheme" "CCPOA," California Department of Correction et al.

3. This Action is brought by Plaintiffs for and on behalf of themselves individually and other prisoner held or hold under pretense of Slavery, employees similarly situated, pursuant to 42 USCA 1994, 18 USCA SS 1581, And Pursuant to section 16(b) of the (FLSA), 29 U.S.C. Section 216(b). Plaintiff has consented in writing to use information to support Action and such Consents are filed herewith as Exhibit "A." _____ , Such consents will be filed with this Court this is not an isolated case.

4. Defendant State of California, Governor Arnold Schwarzenegger operates prisons within the state by and through the Department of Corrections (Rehab) and is the chief Holder, or joint employer, together with the (CCPOA) of Plaintiff prisoner holders, employees herein, and such consenters who file their consents with this court. Defendant State of

1 California is a public agency within the meaning
2 of Section 3(d) of the FLSA, 29 U.S.C. Section 203(d)
3 and Section 3(x) of the FLSA, 29 U.S.C. Section 203(x)
4    5. Defendant California Correctional Peace Officer
5 Association (CCPOA), is an entity created by the State
6 of California to develop and operate antebellum
7 Profiteering Scheme with the help of legislative
8 council State of California, and Judicial Council of
9 California administrative office of the court, and
10 service enterprises by arbitrary applied law that
11 held or hold prisoners under an Political instit-
12 utions to recall slavery and is the joint employers,
13 together with the State of California, of Plaintiff
14 prisoner and all those similarly situated, includ-
15 ing those persons who consent in writing. Material
16 fact that an ongoing scheme of Defendant (CCPOA)
17 injointaction with State of California is a Public
18 agency within the meaning of Section 3(d) of the
19 FLSA, 29 U.S.C. Sec. 203(d) and Sections 3(x) of the
20 FLSA, 29 U.S.C. Section 203(x). And in the meaning
21 of 42 USCA § 1983, 1985.(2)(3).; 1986.etseq. enter
22 alia.
23    6. At all times material hereto defendants,
24 State of California, Governor, legislative Council
25 State of California, California Correctional Peace officer
26 Association (CCPOA), and Judicial Council of California
27 administrative office of the court, jointly with
28 each other has operated enterprises which

7.

manufacture "Strikes" Prior's for the sale of United States Protected Citizen in interstate commerce as such, are themselves enterprises engaged in commerce within the meaning of section 3(r) and (s) of the FLSA, 29 U.S.C. Sec. 203(r) and 203(s), 42 USCA § 1985.(3)., catch all-five year statute IRS tax shelter within the meaning of 41 USCA 101 a, b., offense against or to defraud United States, 18 USCA 371, 18 USCA 1031 Major scheme against the United States, let the seller beware 18 USCA 1581 et seq. involuntary servitude 42 USCA §§ 1994. In violation of State and Federal Civil Rights act. (ccc) California Civil Codes 51(1), 51(2).(Penal Code 1192.7., 2933 calif.) (Penal Code 667 (d)(1).cal.) United States Bill of Rights, and the 11th, 13th, 14th, and 15th to the Constitutional Amendments USCA.

### First Claim for relief.

7. Plaintiff, Prisoner, while being held or hold in the condition of slavery for employee of defendants on-going schemes to recall slavery and or genocide in the United States by conspiracy in joint action defendants and are covered employers under the FLSA, 29 U.S.C. Section 201 et seq. Under the FLSA, covered employee must be paid at least the statutory federal minimum wage. Throughout the scheme and holding of Plaintiff for employment, May 01, 2003 and continuing to date, defendants have willfully and wrongfully

8.

held or hold to pay 50% from all incomming funds from family member after paying Taxes of funds recieved by the State officials schemes at 50% additional deductions, and in turn have paid Plaintiff less than the applicable now $7.75 minimum wage in violation of the act.

8. The FLSA provides that any employer who violates section 306 of the act which requires the payment of the federally specified minimum wage is liable to the affected employee, and whom is being held or hold for that purpose, for the unpaid amount of wages and an equal amount as liquidated damages, in addition to any other available legal and equitable relief.

9. By willfully and wrongfully in this illegal scheme of thing to hold Plaintiff to suffer conditions of Slavery akin to Africa Prohibition mandated by the federal Government, defendants have violated the provisions of Slavery act, and famous KKK act, Rico Act, State and Federal forfeiture of Assets act 18 USCAS 2333, 2., Calif. Pen. Code 186 (3)(a)(3)(c), 18 USCAS 1961-1964. et seq, 42 USCA SS 1985(3), 42 USCA 1994, and 18 USCA S 1581-1582, 1584. et seq. namely and Section FLSA, 306, entitling Plaintiff to damages as specified in section 216 of the FLSA.

Wherefore, Plaintiff request relief as hereunder

9.

appears.

## Second claim for relief

10. Plaintiff refer to the allegations set forth in paragraphs 1 through 9 above, and hereby incorporate the same as though fully set forth herein.

11. This is also an action for a declaratory judgment under 28 USCA § 2201, for the purpose of finally determining an actual controversy between the parties concerning the provisions of the "Three strike law, PC 667 (d)(1) Statute, and FISA.

12. Plaintiff, desire a declaration of his rights and the duties and obligations of the defendants, and each of them, in regard to the ongoing controversy continues to date concerning Prison overcrowding by the Three strikes law, and payment of Minimum wages. Such a declaration is necessary and appropriate in order that Plaintiff, may ascertain his rights in reference to said condition and work to be performed in the future so that citizen(s) may not be deprived of their his just compensation for said held or hold for said work.

Wherefore, Plaintiff pray for relief as hereunder appears.

## Third claim for relief

10.

13. Plaintiff refer to the allegation set forth in paragraphs 1 through 9 above, and hereby incorporate the same as though fully set forth herein.

14. IN addition to damages and declaratory relief, Plaintiff seek preliminary and permanent injuncture relief to enjoin the defendants' continued violation of the "Enforcement Act" Sherman act, Lindbergh act, Rico act, KKK act, Tucker act, Smith act, and FISA. and to enjoin defendants from retaliating against him in any way for having brought this action and/or to join such action, which retaliation upon information and belief, is threatened and which may include transfer from the institutions and housing units where I am current reside, restore of privilege's that I have lost, and the status     I am presently being deprive, to come out of my cell as other worker do, and to weekend yard, and week end showers, worktime good time credit earning, to make phone calls home daily instead of once an month, regardless of not being Assign to vocational training, or General work, for over 3 years and, to reflect voluntary and duly punishment, and the Statute I am presently deprived, as an result of acts above, proper access to law library have been deprived.

15. Plaintiff is informed and believe, and

11.

on that basis allege, that unless preliminarily and permanently enjoined from violating section 206 of the Fair Labor Standards Act by paying Plaintiff prisoner employee or held to work at anytime less than the mandated federal minimum wage, defendants will continue so to do and that plaintiff will be damaged thereby and deprived of funds on which he rely to purchase and to obtain essential products for myself and my family

16. Wherefore, Plaintiff pray for the following relief:

(1) For a declaratory judgment declaring that defendants have willfully and wrongfully violated their statutory obligations and deprived Plaintiff of his rights state, federal, civil, constitutional, protection and entitlements under the law, as alleged herein;

(2) For a complete and accurate accounting of all federal minimum wages due and owing to Plaintiff;

(3) For awards Plaintiff, of monetary damages in the form of back pay compensation, liquidated damages equal to wages unpaid compensation, together with interest thereon for the statutory period in the scheme of 4 years.

(4) For preliminary and permanent injunction relief from further violations of Plaintiff statutory

13.

right.

(5.) False imprisonment 4 million compensatory damages, from each defendants.

(6) Arbitrarily detained, cruel, inhuman, degrading treatment, punitive damages, 2 million from each defendants.

(7) Subjected to an illegal debt, and to pay 50% and restitution arbitrary, 5 million from each defendants.

(8.) For an award of reasonable attorneys fee's, for the appointment of counsel by this Court to be paid by defendants and the costs and disbursement of this action, and

(9) For such other and further relief as the Court may deem proper.

Dated: Feb 1st 2007,          Submitted, Respectfully
                              Tyrsall Flannon
                              Plaintiff in Pro. Per.
                              State of California.

///
///
///.

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

07-819
UNA

### I (a) PLAINTIFFS

Tyrrall F. Cannon

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Yo 56 yr

### DEFENDANTS

Judicial Council of California
Admn. of the Court, et al

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:07-cv-00819
Assigned To : Unassigned
Assign. Date : 5/4/2007
Description: Pro Se Gen. Civil

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

— O —

| ☐ G. *Habeas Corpus/* 2255 | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐

DEMAND $ $11 Million

Check YES only if demanded in complaint
JURY DEMAND: ☐ YES  ☒ NO

## VIII. RELATED CASE(S) IF ANY

(See instruction)  ☐ YES  ☐ NO  If yes, please complete related case form.

DATE 5.4.07    SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

