FILED

JUN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Tyrrall Farrow Cannon
CDCR # T-91710 (ISP)
P.O. Box 2199 (D-1-110L).
Blythe, California 92226.
"Without Counsel."

United States District Court of the District of Columbia.

Tyrrall Farrow Cannon
Plaintiff
V.
Judicial Council of California et al..
Defendants.

Civil Action # 07-0819 (una)

Application for Extention of time to file Prisoner account Statement to include June 30, 2007.

On June 07, 2007, I recieved this attached order filed on May 04, 2007, and no time before this date June 07, 2007, was I made aware of this Court order, My mail was held or sent back to sender adversely, although I was hospitalize from April 30, 2007, to May 19, 2007, at the City of Blythe Community hospital I was not of the Custody of Ironwood State Prison. and I was not forward to me at the Hospital due to Security reasons, I could not call, or write out of the hospital only one time by Captain Greenwood (see attached Exhibits 1 & 2.), Good Cause appears to extend to June 30, 2007



4

(P.V.H.) Palo Verade Hospital, and (OTM) out to medical

The foregoing is true and Correct to the best of my Knowledge. 28USCA SS. 1746(2).

Date: June 10, 2007.

Respectfully Submitted.

[signature]

Prisoner, In Pro Per.


EXHibits
1

FILED

MAY - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TYRRALL FARROW CANNON, )
)
Plaintiff, )
)
v. ) Civil Action No. 07 0819
)
JUDICIAL COUNCIL OF )
CALIFORNIA, et al., )
)
Defendants. )
)

ORDER

The Court has provisionally authorized the Clerk to file this action. Before the Court will consider the Application to Proceed in Forma Pauperis and the Complaint, Plaintiff must provide certain additional information.

In accordance with 28 U.S.C. § 1915, Plaintiff must provide the Court with a certified copy of his prison trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which he is or was confined during those six months. If Plaintiff has been transferred and therefore, after a reasonable effort, is unable to obtain ledger sheets from a previous place of confinement, he shall provide his declaration stating what efforts he has made to obtain the ledger sheets.

The Court advises Plaintiff that federal law requires a plaintiff in a civil action to pay a filing fee of $350.00. After receipt of the trust fund information, the Court will determine whether Plaintiff is able to pay the entire amount in one payment. If the Court determines that Plaintiff does not have sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee.

After payment of the initial partial filing fee, the institution will forward to the Clerk of this Court monthly payments consisting of 20 percent of the deposits made to the Plaintiff's trust fund account during the preceding month each time the account balance exceeds $10.00. Payments will continue until the filing fee is paid in full.

Accordingly, it is

**ORDERED** that within thirty (30) days of this Order, unless an extension of time is granted, Plaintiff shall provide the above-requested information. Failure to comply with this Order will result in dismissal of this action.

United States District Judge

DATE: 4/5/07

CLERK'S OFFICE
COURT OF APPEAL
FOURTH APPELLATE DISTRICT
DIVISION ONE
750 B STREET, SUITE 300
SAN DIEGO, CA 92101-8196

UNITED STATES POSTAGE PITNEY BOWES
02 1A $ 00.39⁰
0004353822 MAY 09 2007
MAILED FROM ZIP CODE 92101

Tyrrall Farrow Cannon
T91710
P.O. Box 2199
Blythe, CA 92226



5-14-07 OTM / 2nd attempt

92226+2199

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

UNITED STATES POSTAGE PITNEY BOWES
U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
02 1A $ 00.63⁰
0004206073 MAY 08 2007
MAILED FROM ZIP CODE 20543

OTM



D1-110

92226$2199 B022

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS







Hasler

012H16208542
$00.39⁰
04/30/2007
Mailed From 85003
US POSTAGE

T91710





92226+2199

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS






UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004634648
$ 00.39⁰
MAY 04 2007
MAILED FROM ZIP CODE 20001

Tyrrall F. Cannon
# T-91710 GSP
POB 2199
Blythe, California
92226

92226+2199