UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TYRRALL FARROW CANNON, )
)
Plaintiff, )
)
v. ) Civil Action No. 07-819
)
JUDICIAL CONFERENCE OF )
CALIFORNIA, et al., )
)
Defendants. )
)

## ORDER

The Court provisionally filed the above-captioned action on May 4, 2007. In accordance with 28 U.S.C. § 1915, Plaintiff was ordered to provide the Court with a certified copy of his prison trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which he is or was confined during those six months.

Plaintiff claims that he has been unable to comply with the order because he has been hospitalized and transferred to another prison. Based on this representation, the Court finds good cause to grant plaintiff additional time to obtain his trust fund account statement.

Accordingly, it is by the Court this 29th day of June, 2007,

**ORDERED** that within thirty (30) days of this Order, unless an extension of time is granted, Plaintiff shall provide the above-requested information. Failure to comply with this Order will result in dismissal of this action

_____
United States District Judge

1

5