**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AUG 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| TYRRALL FARROW CANNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0819 |
| | ) | |
| JUDICIAL COUNCIL OF | ) | |
| CALIFORNIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## TRANSFER ORDER

Plaintiff is incarcerated in a California state prison. Compl. at 2. He alleges a host of constitutional violations, ranging from California's "three strikes" law to the conditions of his confinement. *See generally* Compl. He demands declaratory and injunctive relief and an award of damages exceeding $5 million. *Id.* at 12-13.

A court may transfer a case to any other district where it might have been brought "[f]or the convenience of parties and witnesses, in the interests of justice." 28 U.S.C. § 1404(a). In considering whether transfer would be proper, the court considers the following factors:

> [T]he convenience of the witnesses of plaintiff and defendant; ease of access to sources of proof; availability of compulsory processes to compel the attendance of unwilling witnesses; the amount of expense for the willing witnesses; the relative congestion of the calendars of potential transferor and transferee courts; and other practical aspects of expeditiously and conveniently conducting a trial.

*SEC v. Page Airways*, 464 F. Supp. 461, 463 (D.D.C. 1978). Generally, a court gives substantial deference to a plaintiff's choice of forum. *See Air Line Pilots Ass'n v. Eastern Air Lines*, 672 F. Supp. 525, 526 (D.D.C. 1987). However, such deference is weakened when a plaintiff is not a

1

6

resident of the chosen forum, *Piper Aircraft Co. v. Reyno*, 454 U.S. 235, 255-56 (1981), or if the

chosen forum has "no meaningful ties to the controversy and no particular interest in the parties

or subject matter." *Wilderness Soc' y v. Babbitt*, 104 F. Supp. 2d. 10, 13 (D.D.C. 2000) (citation

omitted).

Cursory review of the complaint shows that all of the parties are in California and that all

of plaintiff's claims arise from events occurring in California. Accordingly, the Court will

transfer this action to the United States District Court for the Central District of California.

Resolution of plaintiff's application to proceed *in forma pauperis* is left for the transferee court

to decide.

Accordingly, it is hereby

ORDERED that this action is TRANSFERRED to the United States District Court for the

Central District of California.

SO ORDERED.

Date: 6 Aug 2007

United States District Judge